IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IAN BULKA, JEFFREY SMITH, JOSHUA HALDEMAN, and DERRICK MCCLEOD, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>    Plaintiff,<br><br> v.<br><br>MONDELEZ GLOBAL, LLC, dba Mondelez International, Inc.,<br><br>    Defendant. | No. 3:19-cv-02082-YY<br><br>ORDER |

HERNÁNDEZ, District Judge:

 Magistrate Judge Youlee You issued a Findings and Recommendation on August 9, 2021, in which she recommends that the Court deny Defendant's Second Motion to Deny Class Certification. F&R, ECF 45. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [45]. Accordingly, Defendant's Second Motion to Deny Certification [25] is denied without prejudice.

IT IS SO ORDERED.

DATED:    September 10, 2021    .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER