Sarah J. Ryan, OSB #831311
sarah.ryan@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
Kevin Coles, OSB #170926
kevin.coles@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St. Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendant Mondelez Global LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IAN BULKA, JEFFREY SMITH, JOSHUA HALDEMAN, and DERRICK MCLEOD, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>vs.<br><br>MONDELEZ GLOBAL LLC, dba Mondelez International, Inc.,<br><br>Defendant. | Case No.: 3:19-cv-02082-YY<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Ian Bulka, Jeffrey Smith,

Joshua Haldeman and Derrick McLeod and Defendant Mondelez Global LLC, through their

attorneys, hereby stipulate that 1) all individual claims in the above-captioned action are dismissed

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

with prejudice and without award of costs or fees to any party; and 2) all putative class claims are

dismissed without prejudice and without award of costs or fees to any party.

      Dated: October 21, 2022

Submitted by:

s/ *John David Burgess*
John David Burgess
Carl Post
Law Offices of Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205
Tel:  (503) 241-3617
johnburgess@lawofficeofdanielsnyder.com
carlpost@lawofficeofdanielsnyder.com
Attorneys for Plaintiffs

s/ *Kevin Coles*
Sarah J. Ryan, OSB #831311
Anthony Copple, OSB #163651
Kevin Coles, OSB #170926
Jackson Lewis, P.C.
200 SW Market Street, Suite 540
Portland, OR  97201
Tel:  (503) 229-0404
sarah.ryan@jacksonlewis.com
anthony.copple@jacksonlewis.com
kevin.coles@jacksonlewis.com
Attorneys for Defendant Mondelez
Global LLC

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **STIPULATED GENERAL JUDGMENT OF DISMISSAL** by:

☐ Electronic Mail

☐ US Postal Service

■ CM/ECF

☐ Facsimile Service

☐ Arranging for Hand Delivery

☐ FedEx

as follows on the date stated below:

John David Burgess
Carl Post
Law Offices of Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205
johnburgess@lawofficeofdanielsnyder.com
carlpost@lawofficeofdanielsnyder.com

*Attorneys for Plaintiffs*

DATED this 21st day of October, 2022.

By: _s/ Delores Petrich_
Delores Petrich

4884-4587-3466, v. 1

Page 3 – **DECLARATION OF SERVICE**

Jackson Lewis P.C.
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405 (fax)